UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FEDERAL DEPOSIT INSURANCE
COMPANY, as receiver for Bankunited,
FSB

     Plaintiff,

v.                                          Case No:  2:12-cv-276-Ftm-29SPC

INFINITY APPRAISALS, INC., TIFFANY
J. RARDIN and ROBERT M. RARDIN,

     Defendants.
_____/

## ORDER

This matter comes before the Court on Joint Motion for Extension of Time to Disclose Expert Reports (Doc. #23) filed on January 21, 2013.  The Parties request a 21-day extension of the expert report deadlines the Parties had agreed to (January 25, 2013 and February 8, 2013) in their joint Case Management Report (Doc. #16).  Since the filing of this Motion, the District Court has issued a Case Management and Scheduling Order (Doc. #24) setting forth the expert report deadlines as February 8, 2013 (Plaintiff) and March 8, 2013 (Defendant).  The Court will extend these deadlines slightly to accommodate the Parties' request for an extension.

Accordingly, it is now

**ORDERED:**

Joint Motion for Extension of Time to Disclose Expert Reports (Doc. #23) is **GRANTED**.  Plaintiff's expert report deadline is extended to **February 15, 2013**.  Defendants' expert report deadline is extended to **March 15, 2013**.  **All other deadlines remain unchanged**.

**DONE** and **ORDERED** in Fort Myers, Florida this 25th day of January, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record